**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-6194

---

JOHN D. STRASSINI,

Plaintiff - Appellant,

versus

MR. DODRILL; DOCTOR FRIEDMAN; MRS. HARLISS;
MR. ELLI; WARDEN BEELER; MS. ELSEA; MR.
LUNSFORD; JULIA CLEMENS; MR. SWEDER; KEN
DAVIS; DOCTOR SHIMM; DOCTOR BUSH; JON CROGAN,
Captain; MANAGER JAMES, S.I.S.; LIEUTENANT
SMITH; LIEUTENANT MOSCAR; MS. MAYNARD,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-00-759-5-H)

---

Submitted: March 21, 2002          Decided: April 1, 2002

---

Before NEIMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John D. Strassini, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Strassini appeals the district court's order denying relief on his action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Strassini v. Dodrill</u>, No. CA-00-759-5-H (E.D.N.C. Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>